UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

LINDA BETH SPOSATO,

                Debtor.

LINDA BETH SPOSATO,

                Appellants,

      -against-

SELENE FINANCE, LP, as services for
Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust,

                Appellee.

26-CV-70 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: January 8, 2026
      New York, New York

      SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge