UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LINDA BETH SPOSATO<br><br>                 Debtor.<br><br>LINDA BETH SPOSATO,<br><br>               Appellant,<br><br>      -against-<br><br>SELENE FINANCE, LP, as services for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust,<br><br>               Appellee. | 26-CV-70 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

On January 8, 2026, the Court indicated that it would follow the briefing schedule provided in Rule 8018 of the Federal Rules of Bankruptcy Procedures in this case. Those rules dictate that an appellant's brief must be served within 30 days after the docketing of notice that the record has been sent or that it is available electronically. Fed. R. Bankr. P. 8018(a)(1). No such notice has yet been filed, so Appellant's brief is not yet due. Nonetheless, Appellant has submitted seven different filings regarding the substance of her appeal in the intervening weeks, including letters commenting on the completeness of the record and various arguments for invalidating the Bankruptcy Court's determination. *See* ECF Nos. 5–11. Appellant should consolidate her arguments into one brief, which she may file after a notice of record completion has been docketed. Her initial brief may not exceed either (a) 30 pages or (b) 13,000 words with no more than 1,300 lines of text. Fed. R. Bankr. P. 8015(a)(7). Accordingly, the Court denies Appellant's motion at ECF No. 6 as moot. Appellant should also ensure she complies with the other required Federal Rules of Bankruptcy Procedures regarding service, among other things,

the Local Rules of the Southern District Court of New York, and the Court's Individual Rules

and Practices in Civil *Pro Se* Cases. The Clerk of Court is directed to terminate ECF No. 6 and

mail a copy of this Order to Appellant.

Dated:  January 29, 2026
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge